UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MICHAEL DEAN TAYLOR
        STEPHANIE DAWN TAYLOR
        DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 23-00830 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Late Filed Claim:

REPUBLIC FINANCE, LLC
282 TOWER ROAD
PONCHATOULA, LA  70454

Court Claim No. 18

Amount of Claim: $12,606.07

Classification:  SECURED

Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtors to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/  David Rawlings
David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

**CERTIFICATE OF SERVICE**

    I, David Rawlings, do hereby certify that on July 12, 2023, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

| | |
|---|---|
| MICHAEL DEAN TAYLOR<br>STEPHANIE DAWN TAYLOR<br>143 Holly Grove Cir<br>Braxton, MS  39044 | THOMAS C. ROLLINS, JR<br>P O Box 13767<br>Jackson, MS  39236 |
| REPUBLIC FINANCE, LLC<br>282 TOWER ROAD<br>PONCHATOULA, LA  70454 | Republic Finance<br>PO Box 326<br>Magee, MS  39111 |

*/s/  David Rawlings*
DAVID RAWLINGS, TRUSTEE