_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                            CHAPTER 13 PROCEEDING:
  MICHAEL DEAN TAYLOR                                    23-00830 KMS
  STEPHANIE DAWN TAYLOR
  143 Holly Grove Cir                                        SSN:  XXX-XX-2762
  Braxton, MS  39044

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  SIMPSON GENERAL HOSPITAL
  1842 Simpson Hwy 149
  Mendenhall, MS  39114

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net