**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
MICHAEL DEAN TAYLOR
STEPHANIE DAWN TAYLOR
143 Holly Grove Cir
Braxton, MS 39044

CHAPTER 13 PROCEEDING:
23-00830 KMS

SSN: XXX-XX-2762

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

MERIT HEALTH
RIVER OAKS HOSPITAL
ATTN: PAYROLL
1040 RIVER OAKS DR
FLOWOOD, MS 39232

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MICHAEL DEAN TAYLOR**
**STEPHANIE DAWN TAYLOR**

**CASE NUMBER: 23-00830 KMS**

**CERTIFICATE OF SERVICE**

I, David Rawlings, Chapter 13 Trustee, do hereby certify that I have on this date mailed a true and correct copy of the attached Wage Release to the debtor's employer by United States Mail, postage prepaid, to the address below:

MERIT HEALTH
RIVER OAKS HOSPITAL
ATTN: PAYROLL
1040 RIVER OAKS DR
FLOWOOD, MS 39232

Dated: October 22, 2026

/s/David Rawlings
David Rawlings
Chapter 13 Trustee